# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

CHARITY L. PHILLIPS

PLAINTIFF,

v.

FEDERAL BUREAU OF INVESTIGATION

DEFENDANTS.

Case No.: 8:22cv 1833 CEH-JSS
5 U.S.C. § 552(a)

This is an action under the Freedom of Information Act ("Act"), 5 U.S.C. § 552, and seeks an injunction enjoining the withholding of records from Plaintiff, and directing that the records be disclosed.

## JURISDICTION AND VENUE

This Court has jurisdiction pursuant to 5 U.S.C. § 552 and 28 U.S.C. § 1331. Plaintiff is a resident of Hillsborough County, Florida. Defendant is a federal agency within the meaning of the Act. Venue in this Court is proper under 5 U.S.C. § 552(a)(4)(B).

## STATEMENT OF FACTS

1. On or about November 10, 2017, Plaintiff requested from the Federal Bureau of Investigation ("FBI" or "Defendant") the disclosure of all information, including files, records, memoranda, and other data or materials retrievable by a name and personal information search.

2. On or about November 16, 2017, Defendant responded and assigned tracking number 1389326-000 to Plaintiff's request. The letter indicated that Plaintiff's request for records

1

was non-responsive and contained a Glomar response, neither confirming nor denying the existence of Plaintiff's name on any watch lists pursuant to FOIA exemption 5 U.S.C. § 552(b)(7)(e).

3. On or about December 6, 2017, Plaintiff submitted a more detailed request, requesting investigative files related to the Plaintiff and schools and employment organizations that she was associated with: State of Florida Guardian ad Litem program, Florida International University, Verizon Communications, and Stetson University College of Law.

4. On or about December 27, 2017, Defendant responded and divided Plaintiff's request by subject and assigned the following tracking numbers:

> Subject: Phillips, Charity, Leniece ("Phillips" or "Plaintiff")
> FOIPA Request No: 1392055-000
>
> Subject: Historic Bethel African Methodist Episcopal ("Historic Bethel AME")
> FOIPA Request No: 1392084-000
>
> Subject: World Deliverance Missionary Evangelistic Center ("WDMEC")
> FOIPA Request No: 1392079-000
>
> Subject: Word of His Grace ("WOHG")
> FOIPA Request No: 1392069-000

5. The letter did not contain any information regarding the schools and employment organizations mentioned in Paragraph 3.

6. Regarding Request 1392055-000 (Phillips), the letter stated that an "additional search of the indices to our Central Records System [was conducted]. We were unable to identify file records responsive to the FOIPA." The letter also contained another Glomar response neither confirming nor denying the existence of Plaintiff's name on any watch lists.

2

7. Regarding Request 1392079-000 (WDMEC), and 1392069-000 (WOHG), the letter stated that "no responsive main files were located." Neither of the latter two contained a Glomar response or invoked an exemption justifying the withholding of records.

8. Regarding Request 1392084-000 (Historic Bethel AME), the letter indicated that Plaintiff's request was received by FBI headquarters for processing. No records were released and no indication as to the existence of responsive records was provided.

9. Defendant failed to comply with Paragraph 6 of the Act by failing to notify Plaintiff as to the existence of responsive records within the 20-day statutory timeframe.

10. On or about January 13, 2018, Plaintiff appealed the decisions and non-responsive determinations of Defendant, and challenged the adequacy of their search efforts as it relates to searching other indices and files maintained at the Tampa and Miami, Florida field offices.

11. On or about July 06, 2018, Defendant responded indicating that 1037 pages of responsive records exist as it relates to Historic Bethel AME.

12. As of the date of this filing, the FBI has not produced any documents or records since being requested on November 10, 2017, and December 6, 2017.

13. On or about September 14, 2021, Plaintiff inquired about the status of her Request; Defendant responded stating that Plaintiff's request is in the "complex large processing track" and estimated the date of completion as June 2023.

14. Plaintiff has exhausted all administrative remedies.

15. False and defamatory information in the FBI's system of records have been disseminated to Plaintiff's family, friends, and community in the name of law enforcement, and Plaintiff has been subjected to harassment and violence.

16. This harassment and violence is being participated in by local law enforcement and private entities—clothed with state and federal authority.

17. The records in the possession, custody, and control of the FBI were not compiled for a law enforcement purpose as required to invoke FOIA exemption (b)(7)(E), and Privacy Act exemption (j)(2).

18. The maintenance of records on Plaintiff is for harassment purposes based on her race, African-American, and sex, female. The classification of these records as exempt is for the sole purpose of preventing disclosure of constitutional and statutory violations and the consequences that would result from such disclosure.

19. It is critical that the records be released since the harassment and violence has increased against Plaintiff. Plaintiff has, and will continue to suffer irreparable injury from Defendant's withholding of and prolonged delay in producing the records requested.

20. Plaintiff is therefore entitled to injunctive relief with respect to the release and disclosure of the requested records under 5 U.S.C. § 552(a)(4)(B).

21. Any applicable fees must be waived due to Defendant's failure to comply with the statutory deadline for complying with a request and to promptly release records responsive to Plaintiff's request, 5 U.S.C. § 552(a)(4)(A)(viii).

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court:

I. Order Defendant to conduct a thorough search for all responsive records, including records held at field offices;

II. Order Defendant to immediately process and disclose the requested records in their entirety;

III. Enjoin Defendant from charging Plaintiff fess for processing the Request; and

IV. Grant such other relief as the Court deems just and proper.

Dated this 10th day of August, 2022

Charity L. Phillips
7702 Rivergate Drive,
Tampa, Fl 33619
813.644.0864