UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARITY L. PHILLIPS,

     Plaintiff,

v.                           Case No: 8:22-cv-1833-CEH-JSS

FEDERAL BUREAU OF
INVESTIGATION,

     Defendant.

_____/

## **ORDER**

Plaintiff moves the court to proceed *in forma pauperis* and for access to the court's electronic filing system to facilitate in the preparation of filings. (Dkts. 2, 3.) Upon consideration, it is **ORDERED**:

1. Plaintiff's Motion for Leave to Proceed *in Forma Pauperis* (Dkt. 2) is **GRANTED**.

2. Plaintiff is directed to complete and return the "Summons in a Civil Case" forms[1] to the Clerk within 21 days of this Order, whereupon the United States Marshal is directed to request Defendant's waiver of service of the summons in accordance with Federal Rule of Civil Procedure 4(d).[2] If

---

[1] This form, listed as "Summons/Civil," can be found at the "Forms" section, "Civil" subsection, of this court's website at http://www.flmd.uscourts.gov. If Plaintiff does not have access to the Internet to download this form, Plaintiff may obtain the form by contacting the Clerk's Office at 813-301-5400.

[2] Federal Rule of Civil Procedure 4(d) provides as follows:

    (d) Waiving Service.

Defendant does not waive service of the summons, the Marshal is directed

to serve Defendant in accordance with Federal Rule of Civil Procedure 4(i)[3].

---

(1) Requesting a Waiver. An individual, corporation, or association that is subject to service under Rule 4(e), (f), or (h) has a duty to avoid unnecessary expenses of serving the summons. The plaintiff may notify such a defendant that an action has been commenced and request that the defendant waive service of a summons. The notice and request must:
(A) be in writing and be addressed:
    (i) to the individual defendant; or
    (ii) for a defendant subject to service under Rule 4(h), to an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process;
(B) name the court where the complaint was filed;
(C) be accompanied by a copy of the complaint, 2 copies of the waiver form appended to this Rule 4, and a prepaid means for returning the form;
(D) inform the defendant, using the form appended to this Rule 4, of the consequences of waiving and not waiving service;
(E) state the date when the request is sent;
(F) give the defendant a reasonable time of at least 30 days after the request was sent—or at least 60 days if sent to the defendant outside any judicial district of the United States—to return the waiver; and
(G) be sent by first-class mail or other reliable means.

Fed. R. Civ. P. 4(d).

[3] Federal Rule of Civil Procedure 4(i) provides as follows:

(i) Serving the United States and Its Agencies, Corporations, Officers, or Employees.
    (1) *United States.* To serve the United States, a party must:
        (A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought--or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk--or
        (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;
        (B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and
        (C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.
    (2) *Agency; Corporation; Officer or Employee Sued in an Official Capacity.* To serve a United States agency or corporation, or a United States officer or employee sued only in an official capacity, a party must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency, corporation, officer, or employee.
    (3) *Officer or Employee Sued Individually.* To serve a United States officer or employee sued in an individual capacity for an act or omission occurring in

3. Plaintiff's Motion for Non-Attorney E-Filing Access (Dkt. 3) is **GRANTED**.

4. To access the court's electronic filing system, Plaintiff must have Internet access, an e-mail account, PDF capabilities, and a PACER account.

5. Plaintiff shall register for electronic filing by visiting the CM/ECF link on the court's website at www.flmd.uscourts.gov.  When filling out the request for a CM/ECF log in and password, Plaintiff should insert 0000000 (seven zeros) when prompted to fill in a Bar number.  Plaintiff may contact the Clerk's Office if assistance is needed in registering for CM/ECF.

6. Once registered, Plaintiff shall complete the CM/ECF program tutorial on the court's website.  Plaintiff also shall become familiar with and follow the policies and procedures set forth in the Administrative Procedures for Electronic Filing, which is available under the CM/ECF link on the court's website.

---

connection with duties performed on the United States' behalf (whether or not the officer or employee is also sued in an official capacity), a party must serve the United States and also serve the officer or employee under Rule 4(e), (f), or (g).

(4) *Extending Time.* The court must allow a party a reasonable time to cure its failure to:

    (A) serve a person required to be served under Rule 4(i)(2), if the party has served either the United States attorney or the Attorney General of the United States; or

    (B) serve the United States under Rule 4(i)(3), if the party has served the United States officer or employee.

Fed. R. Civ. P. 4(i).

7. In the alternative to filing electronically, Plaintiff is permitted to mail hard copies of her filings to the Clerk of the Court or file in-person at the courthouse.

**ORDERED** in Tampa, Florida, on August 16, 2022.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties